Commonwealth *v.* Toledo, Appellant.

Submitted December 4, 1972. *Robert Stein* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for ap-

733

pellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.